UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR14-051-TSZ |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| EUGENE N. MAGANYA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

<u>Offense charged</u>:     Wire Fraud

<u>Date of Detention Hearing</u>:     March 4, 2014.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.     Defendant was born in the Republic of Congo and came to the United States at

DETENTION ORDER
PAGE -1

the age of 18 as a refugee.   He has not yet completed the process of becoming a U.S. citizen.

  2. Defendant's past criminal history, although primarily consisting of driving offenses, contains multiple failures to appear with bench warrant activity, sometimes followed by additional failures to appear.   Defendant attempted to elude law enforcement officers at the time of his arrest.   He has family members who reside in Canada.

  3. Defendant is unemployed and has a history of being terminated for tardiness for excessive absences.

  4. The instant offense involved alleged scheme to defraud primarily elderly victims through a false sweepstakes scheme.   Over $340,000 in fraudulently-obtained funds was allegedly collected, some of which is unaccounted for.   The AUSA proffers that 7 fake IDs were found at the time of arrest.

  5. Defendant poses a risk of nonappearance due to a history of failing to appear, attempt to elude, lack of employment, ties to Canada, and a history of alcohol use.   He poses a risk of danger due to the nature of the instant offense.

  6. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with

DETENTION ORDER
PAGE -2

counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this <u>4th</u> day of March, 2014.

/s/ Mary Alice Theiler
Mary Alice Theiler
Chief United States Magistrate Judge

DETENTION ORDER
PAGE -3